UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>     ANTHONY PIGGUE,<br><br>          Debtor. | Case No. 18-34526 (DRJ)<br><br>Chapter 7 |

**<u>TRUSTEE'S REPORT OF SALE</u>**

(This relates to the Sale Order at Dkt. 155)

1.      Christopher Murray, the trustee in this chapter 7 case ("Trustee") files this Report of Sale regarding the auction of a Pontiac Catalina.

2.      On May 21, 2018, the Debtor filed for relief under chapter 7.

3.      On April 8, 2019, the Trustee filed his Motion to Employ Auctioneer and to Conduct Auction Sale of Property of the Estate Free and Clear of Liens, Claims and Encumbrances Pursuant to 11 U.S.C. §§ 363(b) and (f) and Request for Expedited Consideration [Dkt. 153].

4.      No objections to the motion were filed or received by the Trustee.

5.      On April 10, 2019, the Court Granted Trustee's Motion to Employ Auctioneer and to Conduct Auction Sale of Property of the Estate [Dkt. 155] authorizing the sale of a 1964 Pontiac Catalina by Webster's Auction Palace, Inc., whose 15% commission was also approved. [Dkt. 20].

6.      After advertising the auction in the Houston Chronicle on June 13, 2019 and June 16, 2019, Webster's held an auction on June 16, 2019, with approximately 100 people in attendance and 75 registered bidders. The Pontiac was sold for $8,800. Less the 15% commission, the net to the estate was $7,480. The auctioneer's report is attached at **<u>Exhibit A</u>**.

Respectfully submitted,

*/s/ Christopher Murray*
Christopher Murray, Trustee
4119 Montrose, Suite 230
Houston, TX 77006
Tel. 832-529-3027
Fax. 832-529-3393
chris@jmbllp.com

### Certificate of Service

On July 1 2019, I served a copy of this pleading through the Court's ECF system on all parties registered to receive such service. I also served a copy by first class mail to all parties appearing on the attached creditor matrix.

/s/ Christopher Murray

**<u>Exhibit A</u>**



# Webster's

**AUCTION PALACE INC.**
**14463 LUTHE ROAD • HOUSTON, TEXAS 77039**
**(281) 442-2351 • www.webstersauction.com**



June 26, 2019



Christopher R. Murray
Jones Murray & Beatty LLP
4119 Montrose Blvd. Ste. 230
Houston, Texas 77006

RE: Case No. 18-34526
    Anthony Piggue

       Please find the enclosed documents relating to the above mentioned case.

       The auction was held Sunday June 16, 2019 at 14463 Luthe Rd. in Houston, Texas. There were approximately 100 people in attendance with 75 registered to bid. The total amount of the 1964 Pontiac Catalina was Eight Thousand Eight Hundred Dollars, ($8,800.00). The total commission due Webster's Auction at a 15% rate is One Thousand Three Hundred Twenty Dollars, ($1,320.00), which was deducted from the auction proceeds. Our check in the amount of Seven Thousand Four Hundred Eighty Dollars, ($7,480.00) is enclosed.

       If you have any questions, please do not hesitate to contact our office.

At Your Service,

*William D. Webster*

Col. William D. Webster
Webster's Auction Palace, Inc.

WIW/dm
Encl.

DECLARATION:
"I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 26, 2019, pursuant to 28 USC sec. 1746."

*William D. Webster*

William D. Webster

**Item List**
**Case No. 18-34526**
**Anthony Piggue**

| Item | Price | Buyer |
|------|-------|-------|
| 1964 Pontiac Catalina | $8,800.00 | 39 |

**Bidder List**
**Case No. 18-34526**
**Anthony Piggue**

| | | | |
|---|---|---|---|
| 1. | J. Chambers | 39. | R. Schmidt |
| 2. | J. Sartain | 40. | V. Holt |
| 3. | C. Solar | 41. | P. Huggins |
| 4. | T. Cosman | 42. | G. Phiftzner |
| 5. | B. Young | 43. | A. Fulherson |
| 6. | C. Frick | 44. | T. Hopf |
| 7. | T. Parcell | 45. | R. Luna |
| 8. | J. Warner | 46. | J. Pope |
| 9. | J. Trainor | 47. | D. Denton |
| 10. | M. Howarth | 48. | B. Glover |
| 11. | J. Cadena | 49. | C. Tracy |
| 12. | J. Decker | 50. | K. Exezidis |
| 13. | J. Hays | 51. | D. Arnold |
| 14. | M. Roberson | 52. | J. Hunt |
| 15. | R. Young | 53. | M. Landry |
| 16. | T. Woods | 54. | G. Byrd |
| 17. | C. Tipton | 55. | R. Landry |
| 18. | S. Taylor | 56. | L. Baumhagger |
| 19. | F. Fruia | 57. | M. Reyes |
| 20. | Z. Kofman | 58. | D. BeBold |
| 21. | J. Smith | 59. | B. Lowry |
| 22. | P. Hudgens | 60. | R. Morales |
| 23. | P. Crane | 61. | A. Gonzalez |
| 24. | T. Holbert | 62. | D. Wasson |
| 25. | C. Fontanier | 63. | V. Amador |
| 26. | J. Franklin | 64. | J. Alcarado |
| 27. | J. Garrett | 65. | C. Wasson |
| 28. | D. Goodrich | 66. | K. Bradshaw |
| 29. | C. Brown | 67. | A. Hernandez |
| 30. | M. Amador | 68. | J. Fossil |
| 31. | G. Smith | 69. | J. Wasson |
| 32. | K. Tippitt | 70. | W. Morrill |
| 33. | D. Allison | 71. | K. Stumplug |
| 34. | W. Butler | 72. | S. Brown |
| 35. | L. Dame | 74. | L. Williams |
| 36. | C. San Miguel | 75. | N. Nguyen |
| 37. | R. Bradshaw | | |
| 38. | J. Flores | | |

B6 | Sunday, June 16, 2019 | HoustonChronicle.com | Houston Chronicle   ★★

# AUCTION CALENDAR

To advertise, contact auctions@chron.com or 713-224-6868

---

new mud grip tires, tow bar & tarp cover included, $8,400.
Mike 512-289-7579

### BOATS & RVs

#### BOATS

**NEW LISTING**
TRACKER/TAHOE/
NITRO/MAKO
SUNTRACKER
CLEARANCE
ONALASKA
877-288-7652

#### ATVS OFF ROAD

**NEW LISTING**
Polaris Ranger & ATV
Sales & Clearance Event
Onalaska- 877-288-7652

### RECREATIONAL

#### GUNS

Bowie Knife historic E. Barnes, Lone Star Republic, 1835-1836, spear point, red stag grips. Serious Inquiries (479) 885-3683 or (479) 567-7195

#### HUNTING / FISHING

South TX Corporate Hunting Lease 3,000 acres. Prime habitat, Trophy Whitetail, blinds, feeders & new lodge included. On Frio River, McMullen Co. 210-325-7500

Hill Country Deer Lease
Call James for information
512-540-6647

### PETS

#### DOGS

▼ DOBERMAN pups, 2M/3F, reds, tails docked, 1st shots. Avail 6/23, $400. Call 713-553-5752

▼ Goldendoodles, Avail now F1 & F1B's, 2 yr hlth guarantee, $1,800. 501-514-1026 www.platinumgoldendoodles.com

Golden Retriever AKC cream/red Champ Bdln, S/W. 512-601-2022 www.stlyttongoldens.weebly.com

### GARAGE SALES

#### NORTHWEST GARAGE SALES

Furnitur, Collectibles, Antiques & glassware, Fri. 6/14, Sat. 6/15 8am-4pm. 1064 Martin St. SPP

### MERCHANDISE

#### AC & HEATING

WANTED FREON R12
We pay CA$H. R12 R500 R11
Convenient. Certified professionals.
www.refrigerantfinders.com
312-291-9169

#### APPAREL

Huge Sale!
Lots of shoes!!!
Plus Size Clothing 713-409-1661

### BUSINESS OPPORTUNITIES

#### BUSINESS OPPTY MISC.

For Sale By Owner
Manufacturing, Advertising
Promotions Business-Owned
Since 1958
houstonbiz4sale@gmail.com

## Lewis & Maese Auctions box

# LEWIS & MAESE
## AUCTIONS

$1.00   $1.00
NO RESERVE AUCTION
650+ LOTS - SAT. JUNE 22 @ NOON
Online Only - Artwork, Furniture, Rugs, Designer Accessories and MUCH more!

All items start at $1.00!
PREVIEW DATES & TIMES
Thur. June 20th from 10 AM - 5 PM
Fri. June 21st from 10 AM - 5 PM

19th C. Needlepoint Lot #289

Preview Online Catalog @
LMAuctionCo.com

1505 Sawyer St., Houston, TX 77007 | 713.869.1335
David J. Lewis, TX Lic. #16317   LIVE AUCTIONEERS
In-House Buyers Premium 19.5%, Internet Buyers Premium 20.5%

## Websters box (highlighted)

**Guns, Classic Vehicles, Coins Father's Day Auction**
Sunday, June 16th, 1PM View at Noon
14463 Luthe Rd in Houston

Webster's will sell Vehicles - Case #18-34526 '64 Pontiac Catalina, '46 Chevy Truck, '59 Ford F-100, '67 Mustang, (4) Chevy Corvettes - '77, '78, '92, '98, 2011 Jeep Patriot 100+ Guns - Colt 1878 DA Rev. w/Colt Letter, 1878 Remington Smoot, Browning Cynergy 12ga, Colt Gold Cup 45 Pistols, Colt Govt 45, Colt Pythons 357mags, Colt SAA .38, Uberti 45LC, Remington WWII US Military Pistol, Les Baer 45ACP, Colt Delta Elite, Kimber KHX, Ruger Vaquero 45LC, Colt Comm 45, Ed Brown S.F. 45ACP, Sig Sauer P226 & P229 9mm, Smith-Corona 1943 Rifle, Springfield 1911 A-1, Detonics Mark IV, Multiple AR223/5.56 Rifles & more. Coins & More - Graded Silver Dollars, $20 Gold Coins, Silver Dollar Sets, Proof Sets, '515ct Sapphire w/COA, Bronze Statues, Antique Damascus Blade & Silver Swords, Sterling & Turquoise/Coral Jewelry & more.
Col. Webster #15924, 15% bp. cash, cc, cks
281.442.2351 • webstersauction.com

AUCTION • JUNE 14
HIGH FENCED & MINERALS
QuePasaRanchAuction.com

TX LIC 18488 BNRP

COLEMAN & PATTERSON AUCTIONEERS   888.300.0005   Financing offered by CAPITAL FARM CREDIT

## Public Auction box



**Public Auction**
Wed. * June 19 * 10 am
911 Brenda St., Houston

WINDSOR

For Trustmark National Bank, Formerly Prominent Body Solutions, Inc. :

Complete cool sculpting system by Zeltiq Aesthetics including: Upper & lower control units, CoolCore, CoolCurve+, CoolFit, CoolMax, CoolSmooth, Pro-Applicator, CoolMini Applicator, Plus more **Also:** Household furniture, Appliances, Carpets & rugs; Tools; Coins; Jewelry; Etc. See webpage
Cash, credit card 10% bp Inspect Tues. 9 to 5. 713-694-1069
Andrew Milner 6748 WindsorAuction.com

## Right column bottom

Online Equipment & Personal Property Auction Normangee, TX
Bid Online June 14th - 21st.
John Deere Tractor, Vehicles, Trac- Implements, Tools, Ranch Equipment.
Bid at www.Capauctions.com
888-300-0005, 15%BP, Lic 13489

Hobby, Farm, & Household Moving Auction. Bryan, TX
Bid Online June 21st- 28th.
John Deere Tractor, Implements, Firearms, Furniture, Household, Hunting/Camping Supplies
Bid at www.Capauctions.com
888-300-0005, 15%BP, Lic 13489

# BUSINESS

ONALASKA
877-288-7652
BLUE WAVE 22' lo hrs. 150HP
stroke Yamaha, extras, garaged
minum trailer 409-786-1255

## ATVS
OFF ROAD

NEW LISTING
Polaris Ranger
& ATV
ales & Clearance Event
Onalaska- 877-288-7652

## RECREATIONAL

## GUNS

owie Knife historic E. Barnes,
one Star Republic, 1835-1836,
pear point, red stag grips. Serious
inquiries (479) 885-3683 or
(479) 567-7195

## HUNTING / FISHING

!!! AFFORDABLE !!!
HILL COUNTRY HUNTING
(Near Kerrville)
Year Round Hunting Available!
White Tails, Exotics, Turkeys,
Hogs & more.
7 days – $700, 15 days –$950.,
30 days - $1200
(You are able to choose days.)
No Trophy Fee, Family Friendly &
Cabins.
Call 830-589-2497
mountaincreekranches.com

South TX Corporate Hunting Lease
3,000 acres. Prime habitat, Trophy
Whitetail, blinds, feeders & new
lodge included. On Frio River,
McMullen Co. 210-325-7500

## PETS

## DOGS

♥ DOBERMAN pups, 2M/3F, reds,
tails docked, 1st shots. Avail 6/23,
$400. Call 713-553-5752

---

WANTED FREON R12
We pay CA$H. R12 R500 R11
Convenient. Certified professionals.
www.refrigerantfinders.com
312-291-9169

## APPAREL

Huge Sale!
Lots of shoes!!!
Plus Size Clothing 713-409-1661

## BUSINESS
OPPORTUNITIES

## BUSINESS OPPTY. MISC.

For Sale By Owner
Manufacturing, Advertising
Promotions Business–Owned
Since 1958
houstonbiz4sale@gmail.com

## FOR SALE

## ACREAGE

10-40 AC. DUVAL CO. HEAVY S.
TX BRUSH. DEER, FERAL HOGS,
JAVELINA, TURKEY, QUAIL,
DOVES. STARTING AT $2,018
DOWN, $334/MO. 866-286-0199
ranchenterprisesltd.com

## FARM & RANCH PROPERTY

123.18 AC. SW EDWARDS CO.
RUGGED & REMOTE. LIVE OAK,
PINON PINE, CEDAR COVER.
WHITETAIL, AXIS, AOUDAD, SIKA,
FERAL HOGS, TURKEY.
$1,500/AC. FIXED RATE 30 YEAR
OWNER FINANCING, 5% DOWN.
800-876-9720
ranchenterprisesltd.com

28 AC. COKE CO. NEAR ROBERT
LEE. GENTLY SLOPING, LONG
DISTANCE VIEWS. MESQUITE &
CEDAR COVER. WHITETAIL,
HOGS, TURKEY, QUAIL & DOVE.
$3,839 DOWN, $635/MO. 800-
876-9720 ranchenterprisesltd.com

## HILL COUNTRY PROPERTY

19.85 AC. NW OF ROCKSPRINGS.
WELL, SOLAR PUMP, OAK & CE-
DAR COVER. NATIVE GAME, FREE
RANGING EXOTICS, FERAL HOGS.
$2,928 DOWN, $485/MO. 800-
876-9720 ranchenterprisesltd.com

---

# Saturday, June 15 @ 10 AM
## T&M Cattle Company
## 2606 Hwy 90 A East, Richmond, TX

## OVER 100 LOTS   Partial Listing




JD 6605 Tractor, C/A,
FWA, 2RM, Power
Quad Trans,
3,222 Hrs Showing

JD 5525 Tractor C/A FWA, 3
RM, 9-Speed Transmission,
Sync-Shuttle
3,626 Hrs Showing

JD 6105D Tractor FWA
w/ H310 FE Loader, 9
Speed, Power Reverser
2RM w/Frontier QT
Spear & Bucket,
2613 Hrs Showing

## 9 Tractors & 11 Trailers
### Farm and Livestock Equipment / Polaris Ranger





'92 Featherlite 24'x7' Alum Stock
Trailer, Tandem Axle

'05 Chevrolet Kodiak Crew
Cab Regency Conversion
Truck, Duramax Diesel, A/T
69,330 miles showing

'05 Sundowner Sunlite 720
8-Horse Alum Trailer 6'8"x36"
w/ Tack Room



'92 GN 28'x6' Livestock
Trailer, 2 Cut Gates,
Metal Top, Tandem Axle

JD 557 Round Baler
w/Net Wrap

CAT 262C Skid Steer,
Enclosed Cab
892 Hrs Showing

10% BP on all items. We accept credit cards, check with bank letter of guarantee and
cash. Sale day announcements take precedence over printed material. TXS#7342

## 979-885-2400
ONLINE BIDDING,
PHOTOS & CATALOG
www.SwitzerAuction.net

---

For Trustmark National Bank; Formerly Prominent Body
Solutions, Inc.:
Complete cool sculpting system by Zeltiq Aesthetics including:
Upper & lower control units, CoolCore, CoolCurve+, CoolFit,
CoolMax, CoolSmooth, Pro-Applicator, CoolMini Applicator,
Plus more Also: Household furniture, Appliances, Carpets &
rugs; Tools; Coins; Jewelry; Etc. See webpage
Cash, credit card 10% bp Inspect Tues. 9 to 5. 713-694-1069
Andrew Milner 6748 WindsorAuction.com

## Guns, Classic Vehicles, Coins Father's Day Auction
### Sunday, June 16th, 1PM View at Noon
### 14463 Luthe Rd in Houston

Webster's will sell Vehicles - Case #18-34526 '64 Pontiac Catalina, '46 Chevy Truck,
'59 Ford F-100, '67 Mustang, (4) Chevy Corvettes - '77, '78, '92, '98, 2011 Jeep Patriot
100+ Guns - Colt 1878 DA Rev. w/Colt Letter, 1878 Remington Smoot, Browning
Cynergy 12ga, Colt Gold Cup 45 Pistols, Colt Govt 45, Colt Pythons 357mags, Colt
SAA .38, Uberti 45LC, Remington WWII US Military Pistol, Les Baer 45ACP,
Colt Delta Elite, Kimber KHX, Ruger Vaquero 45LC, Colt Comm 45,
Ed Brown S.F. 45ACP, Sig Sauer P226 & P229 9mm, Smith-Corona 1943 Rifle,
Springfield 1911 A-1, Detonics Mark IV, Multiple AR223/5.56 Rifles & more.
Coins & More - Graded Silver Dollars, $20 Gold Coins, Silver Dollar Sets, Proof Sets,
515ct Sapphire w/COA, Bronze Statues, Antique Damascus Blade & Silver Swords,
Sterling & Turquoise/Coral Jewelry & more.
Col. Webster #15924, 15% bp. cash, cc, cks
281.442.2351 • webstersauction.com



AUCTION • JUNE 14
HIGH FENCED & MINERALS
QuePasaRanchAuction.com

COLEMAN &
PATTERSON
AUCTIONEERS

888.300.0005

CAPITAL
FARM CREDIT

TX LIC 16408

---

Hobby, Farm, & Household Moving
Auction. Bryan, TX
Bid Online June 21st - 28th.
John Deere Tractor, Implements,
Firearms, Furniture, Household,
Hunting/Camping Supplies
Bid at www.Capauctions.com.
888-300-0005, 15%BP, Lic 13489

Online Equipment & Personal
Property Auction Normangee, TX
Bid Online June 14th - 21st.
John Deere Tractor, Vehicles, Trac
tor Implements, Tools, Ranch
Equipment.
Bid at www.Capauctions.com.
888-300-0005, 15%BP, Lic 13489