

ENTERED
07/24/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ANTHONY PIGGUE | § | CASE NO. 18-34526 |
| DEBTOR. | § | (Chapter 7) |
| | § | |

### ORDER APPROVING COMPROMISE
(Relates to Docket No. 167)

The Court has considered the Trustee's Motion for Authority to Compromise Controversies Pursuant to Rule 9019(a) (the "Motion")(Docket No. 167) filed by Christopher Murray ("Trustee"), any objections or responses filed in respect of the application, and the record in this case. The Court finds that (a) notice of the motion was adequate; (b) the relief sought is in the best interest of the estate; (c) no objections or responses were filed to the Motion; (d) the compromises are fair and reasonable and reflect the reasonable business judgment of the trustee; (e) the parties to the compromises negotiated at arm's length and in good faith; and (f) good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

ORDERED that the Trustee is authorized to execute the Mediated Settlement Agreement – Term Sheet dated February 27, 2019 between the Trustee and Comal Classic Homes, Inc. ("Comal Settlement") and the parties to the Comal Settlement are authorized and directed to take all necessary actions to consummate the Comal Settlement, including but not limited to executing any and all necessary documents; and it is further

ORDERED that the Trustee (as defined in the motion) is authorized to execute the Mediated Settlement Agreement – Term Sheet dated February 27, 2019 between the Trustee and Anthony Piggue ("Piggue Settlement") and the parties to the Piggue Settlement are authorized and directed to take all necessary actions to consummate the Piggue Settlement; including but not limited to executing any and all necessary documents.

Dated: 7-24-2019.

U.S. Bankruptcy Judge