IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



ENTERED
07/24/2019

| | § | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| ANTHONY PIGGUE, | § | Case No. 18-34526 (DRJ) |
| | § | |
| Debtor. | § | |
| | § | |
| CHRISTOPHER R. MURRAY | § | |
| | § | |
| V. | § | ADVERSARY NO. 19-03002 |
| | § | |
| AMERICAN TRAFFIC CONTROL, | § | |
| INC.; ALL ACCESS TRAFFIC | § | |
| CONTROL SYSTEMS, LLC; ALL | § | |
| ACCESS TRAFFIC, LLC; ALL | § | |
| ACCESS TRAFFIX LIMITED | § | |
| LIABILITY COMPANY; LARRY | § | |
| JENKINS; NICOLE ROBERTSON; | § | |
| BREANNA PIGGUE | § | |

## ORDER DISMISSING CASE

An Order Approving Compromise was entered in Bankruptcy Case No. 18-34526 (Docket No. 169) resolving the claims of Christopher R. Murray, chapter 7 Trustee ("Trustee") against all defendants in this adversary proceeding, other than Nicole Robertson. As a result, the Trustee announced that this adversary proceeding should be dismissed. Accordingly, it is:

ORDERED that this adversary proceeding is dismissed pursuant to FED. R. P. 41, made applicable by FED. R. BANKR. P. 7041; and it is further

ORDERED that the Clerk of the Court is directed to close this adversary proceeding.

Dated: 7-24-2019.

U.S. Bankruptcy Judge.

1