IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/24/2019

IN RE: §
ANTHONY PIGGUE § CASE NO. 18-34526
DEBTOR. § (Chapter 7)
§

## ORDER APPROVING COMPROMISE
(Relates to Docket No. 167)

The Court has considered the Trustee's Motion for Authority to Compromise Controversies Pursuant to Rule 9019(a) (the "Motion")(Docket No. 167) filed by Christopher Murray ("Trustee"), any objections or responses filed in respect of the application, and the record in this case. The Court finds that (a) notice of the motion was adequate; (b) the relief sought is in the best interest of the estate; (c) no objections or responses were filed to the Motion; (d) the compromises are fair and reasonable and reflect the reasonable business judgment of the trustee; (e) the parties to the compromises negotiated at arm's length and in good faith; and (f) good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby:

ORDERED that the Trustee is authorized to execute the Mediated Settlement Agreement – Term Sheet dated February 27, 2019 between the Trustee and Comal Classic Homes, Inc. ("Comal Settlement") and the parties to the Comal Settlement are authorized and directed to take all necessary actions to consummate the Comal Settlement, including but not limited to executing any and all necessary documents; and it is further

ORDERED that the Trustee (as defined in the motion) is authorized to execute the Mediated Settlement Agreement – Term Sheet dated February 27, 2019 between the Trustee and Anthony Piggue ("Piggue Settlement") and the parties to the Piggue Settlement are authorized and directed to take all necessary actions to consummate the Piggue Settlement; including but not limited to executing any and all necessary documents.

Dated: 7-24-2019.

_____
U.S. Bankruptcy Judge

```
                            United States Bankruptcy Court
                              Southern District of Texas
In re:                                                             Case No. 18-34526-drj
Anthony Piggue                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0541-4          User: VrianaPor            Page 1 of 2              Date Rcvd: Jul 24, 2019
                              Form ID: pdf002            Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db             #+Anthony Piggue,   17402 West Blooming Rose Ct,   Cypress, TX 77429-6725
cr             #+Alicia Farias,   The Law Office of Ernie Garcia,   7457 Harwin Drive,   Suite 345,
                 Houston, TX 77036-2072
cr              +Comal Classic Custom Homes, Inc.,   c/o Streusand Landon Ozburn & Lemmon,
                 811 Barton Springs Road,   Suite 811,   Austin, TX 78704-1166
cr               J.P. Morgan Mortgage Acquisition Corp.,   c/o BDFTE, LLP,   Addison, TX   75001
cr              +Karon G Barbee CPA, Receiver,   10200 U.S. 290 West,   Austin, TX 78736-7723
cr              +Lakes of Rosehill Homeowners' Association, Inc.,   Hoover Slovacek LLP,
                 c/o Curtis W. McCreight,   Galleria Tower II,   5051 Westheimer, Suite 1200,
                 Houston, TX 77056-5839
cr              +Mobile Mini, Inc.,   Cersonsky, Rosen & Garcia, P.C.,   1770 St. James Place,   Suite 150,
                 Houston, TX 77056-3422
cr              +Rushmore Loan Management Services LLC,   c/o BDFTE, LLP,   4004 Belt Line Rd Ste. 100,
                 Addison, TX 75001-4320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              JP Morgan Chase Bank, N.A.,
                                                                                       TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
          Aamir Shahnawaz Abdullah    on behalf of Creditor   Karon G Barbee CPA, Receiver aamir@texatty.com
          Abbey U. Dreher    on behalf of Creditor   Rushmore Loan Management Services LLC sdecf@BDFGROUP.com
          Abbey U. Dreher    on behalf of Creditor   J.P. Morgan Mortgage Acquisition Corp.
           sdecf@BDFGROUP.com
          Alonzo Z Casas    on behalf of Creditor   JP Morgan Chase Bank, N.A., ecftxsb@aldridgepite.com,
           ACasas@ecf.inforuptcy.com
          Christopher R Murray    on behalf of Trustee Christopher R Murray CMurray@diamondmccarthy.com,
           crm@trustesolutions.net
          Christopher R Murray    christopher.murray@jmbllp.com,   crm@trustesolutions.net
          Curtis W McCreight    on behalf of Creditor   Lakes of Rosehill Homeowners' Association, Inc.
           mccreight@hooverslovacek.com,
           bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com;nkay@hooverslovacek.com
          Erin E Jones    on behalf of Plaintiff Christopher R Murray erin@jmbllp.com,   jessica@jmbllp.com
          Erin E Jones    on behalf of Trustee Christopher R Murray erin@jmbllp.com,   jessica@jmbllp.com
          Ernesto Garcia, III    on behalf of Creditor Alicia   Farias Ernie.Garcia@attorneyEG.com
          Frank Bonner Lyon    on behalf of Defendant Karon   Barbee frank@franklyon.com,   chris@franklyon.com
          Frank Bonner Lyon    on behalf of 3rd Party Plaintiff Karon   Barbee frank@franklyon.com,
           chris@franklyon.com
          H. Gray Burks, IV    on behalf of Creditor Alicia   Farias gburks@logs.com,   nibates@logs.com
          Hector  Duran, Jr    on behalf of U.S. Trustee   US Trustee Hector.Duran.Jr@usdoj.gov
          Jacquelyn Diane McAnelly    on behalf of Creditor   Mobile Mini, Inc. jmcanelly@law-crg.com,
           nmcconnell@law-crg.com
```

```
District/off: 0541-4          User: VrianaPor           Page 2 of 2                Date Rcvd: Jul 24, 2019
                              Form ID: pdf002           Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John James Sparacino    on behalf of Trustee Christopher R Murray jjsparacino@vorys.com,
               kbconiglio@vorys.com;tlpavlock@vorys.com;prakers@vorys.com
              Matthew  Hoffman    on behalf of Defendant    All Access Traffic Control Systems, LLC mhecf@aol.com
              Matthew  Hoffman    on behalf of Defendant Nicole  Robertson mhecf@aol.com
              Michael Glen Walker    on behalf of Debtor Anthony  Piggue mwalker@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Debtor Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Plaintiff Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Karon  Barbee mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Mitchell J. Buchman    on behalf of Creditor   Rushmore Loan Management Services LLC
               sdecf@bdfgroup.com
              R Christopher Naylor    on behalf of Creditor   Ford Motor Credit Company LLC kimg@dntlaw.com
              Rhonda Bear Mates    on behalf of Creditor   Comal Classic Custom Homes, Inc. mates@slollp.com,
               rangel@slollp.com
              Stephen Wayne Lemmon    on behalf of Creditor   Comal Classic Custom Homes, Inc. lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant   Comal Classic Custom Homes, Inc.
               lemmon@slollp.com,  mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Plaintiff   Comal Classic Custom Homes lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant Troy  French lemmon@slollp.com,  mates@slollp.com
              US Trustee     USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                  TOTAL: 31
```