

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
07/21/2020

| | | |
|---|---|---|
| In re: | § § | |
| **ANTHONY PIGGUE,** | § § | Case No. 18-34526 (DRJ) |
| Debtor. | § § | CHAPTER 7 |

**ORDER GRANTING FIRST AND FINAL**
**FEE APPLICATION OF ERIN E. JONES P.C.**

**(This relates to Dkt. 185)**

The Court, having considered the First and Final Fee Application of Erin E. Jones P.C. as Trustee's General Counsel, any responses filed thereto, any evidence adduced at any hearing thereon, and the record in this case, finds that (a) notice of the application was reasonable and sufficient under the circumstances, (b) good cause exists to grant the relief sought, (c) the fees and expenses sought are appropriate under sections 327(a) and 330(a) and applicable caselaw, and accordingly it is therefore ORDERED THAT:

1. Erin E. Jones P.C. is awarded fees in the amount of $38,920.00 on a final basis and the Trustee is authorized to pay that amount.

2. Erin E. Jones P.C. is awarded reimbursement of expenses in the amount of $633.90 on a final basis and the Trustee is authorized to pay that amount.

3. This Court shall retain jurisdiction over all aspects of this Order.

Signed: July 20, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                              Case No. 18-34526-drj
Anthony Piggue                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: emiller              Page 1 of 2              Date Rcvd: Jul 21, 2020
                              Form ID: pdf002            Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db             #+Anthony Piggue,    17402 West Blooming Rose Ct,    Cypress, TX 77429-6725
cr              +Comal Classic Custom Homes, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
                  811 Barton Springs Road,    Suite 811,   Austin, TX 78704-1166
cr               J.P. Morgan Mortgage Acquisition Corp.,    c/o BDFTE, LLP,    Addison, TX  75001
cr              +Karon G Barbee CPA, Receiver,    10200 U.S. 290 West,    Austin, TX 78736-7723
cr              +Lakes of Rosehill Homeowners' Association, Inc.,    Hoover Slovacek LLP,
                  c/o Curtis W. McCreight,    Galleria Tower II,   5051 Westheimer, Suite 1200,
                  Houston, TX 77056-5839
cr              +Mobile Mini, Inc.,    Cersonsky, Rosen & Garcia, P.C.,    1770 St. James Place,    Suite 150,
                  Houston, TX 77056-3422
cr              +Rushmore Loan Management Services LLC,    c/o BDFTE, LLP,    4004 Belt Line Rd Ste. 100,
                  Addison, TX 75001-4320
acc             +William G. West, P.C., CPA,    12837 Louetta Rd.,    Suite 201,    Cypress, TX 77429-5611
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              JP Morgan Chase Bank, N.A.,
cr              United States of America
cr            ##+Alicia Farias,    The Law Office of Ernie Garcia,    7457 Harwin Drive,    Suite 345,
                  Houston, TX 77036-2072
                                                                                   TOTALS: 3, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Aamir Shahnawaz Abdullah    on behalf of Creditor    Karon G Barbee CPA, Receiver aamir@texatty.com
              Abbey U. Dreher    on behalf of Creditor    Rushmore Loan Management Services LLC sdecf@BDFGROUP.com
              Abbey U. Dreher    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
               sdecf@BDFGROUP.com
              Alonzo Z Casas    on behalf of Creditor    JP Morgan Chase Bank, N.A., ecftxsb@aldridgepite.com,
               ACasas@ecf.inforuptcy.com
              Christopher R Murray    on behalf of Trustee Christopher R Murray CMurray@diamondmccarthy.com,
               crm@trustesolutions.net
              Christopher R Murray     chris@jmbllp.com,   crm@trustesolutions.net
              Curtis W McCreight    on behalf of Creditor    Lakes of Rosehill Homeowners' Association, Inc.
               mccreight@hooverslovacek.com,
               bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com;nkay@hooverslovacek.com
              Erin E Jones    on behalf of Plaintiff Christopher R Murray erin@jmbllp.com,   jessica@jmbllp.com
              Erin E Jones    on behalf of Trustee Christopher R Murray erin@jmbllp.com,   jessica@jmbllp.com
              Erin E Jones    on behalf of 3rd Pty Defendant Christopher R Murray erin@jmbllp.com,
               jessica@jmbllp.com
              Ernesto  Garcia, III    on behalf of Creditor Alicia  Farias Ernie.Garcia@attorneyEG.com
```

```
District/off: 0541-4          User: emiller               Page 2 of 2                   Date Rcvd: Jul 21, 2020
                              Form ID: pdf002             Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Frank Bonner Lyon    on behalf of Defendant Karon  Barbee frank@franklyon.com,  chris@franklyon.com
              Frank Bonner Lyon    on behalf of 3rd Party Plaintiff Karon  Barbee frank@franklyon.com,
               chris@franklyon.com
              H. Gray Burks, IV    on behalf of Creditor Alicia  Farias gburks@logs.com,  nibates@logs.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jacquelyn Diane McAnelly    on behalf of Creditor  Mobile Mini, Inc. jmcanelly@law-crg.com,
               nmcconnell@law-crg.com
              John James Sparacino     on behalf of Trustee Christopher R Murray jsparacino@mckoolsmith.com,
               jcharles@mckoolsmith.com;ajohns@mckoolsmith.com
              Matthew  Hoffman    on behalf of Defendant   All Access Traffic Control Systems, LLC mhecf@aol.com
              Matthew  Hoffman    on behalf of Defendant Nicole  Robertson mhecf@aol.com
              Michael Glen Walker    on behalf of Debtor Anthony  Piggue mwalker@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Debtor Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Plaintiff Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Karon  Barbee mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Mitchell J. Buchman    on behalf of Creditor   Rushmore Loan Management Services LLC
               sdecf@bdfgroup.com
              R Christopher Naylor    on behalf of Creditor   Ford Motor Credit Company LLC kimg@dntlaw.com
              Rhonda Bear Mates    on behalf of Creditor   Comal Classic Custom Homes, Inc. mates@slollp.com,
               rangel@slollp.com
              Richard A. Kincheloe    on behalf of Creditor   United States of America
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Stephen Wayne Lemmon    on behalf of Creditor   Comal Classic Custom Homes, Inc. lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant   Comal Classic Custom Homes, Inc.
               lemmon@slollp.com,  mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Plaintiff   Comal Classic Custom Homes lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant Troy  French lemmon@slollp.com,  mates@slollp.com
              Steven R Rech    on behalf of Trustee Christopher R Murray srech@vorys.com,  mdwalkuski@vorys.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                            TOTAL: 34
```