Case 18-34526   Document 195   Filed in TXSB on 07/23/20   Page 1 of 3



THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/21/2020

| In re: | § | |
|---|---|---|
| | § | |
| ANTHONY PIGGUE | § | Case No. 18-34526 |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER GRANTING APPLICATION FOR COMPENSATION AND EXPENSES OF BEYOND IT, INC. AS COMPUTER FORENSIC PROFESSIONAL FOR THE TRUSTEE

**(This relates to Dkt.  187)**

The Court, having considered the *First and Final Application for Compensation and Expenses of Beyond IT, Inc. as Computer Forensic Professional for the Trustee*, any responses to the application, any evidence adduced or arguments made at any hearing on the application, and the record in this case, finds that notice of the Application was sufficient and good cause exists to grant the relief sought. It is therefore

ORDERED THAT:

1.    Beyond IT, Inc. is awarded fees of $11,525 and reimbursement of expenses and sales tax of $1,207.81 on a final basis.

2.    The Court shall retain jurisdiction over all aspects of this Order.

**Signed:  July 20, 2020.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                    Case No. 18-34526-drj
Anthony Piggue                                            Chapter 7
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0541-4          User: emiller              Page 1 of 2           Date Rcvd: Jul 21, 2020
                              Form ID: pdf002            Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2020.
db            #+Anthony Piggue,    17402 West Blooming Rose Ct,    Cypress, TX 77429-6725
cr             +Comal Classic Custom Homes, Inc.,    c/o Streusand Landon Ozburn & Lemmon,
                 811 Barton Springs Road,   Suite 811,   Austin, TX 78704-1166
cr              J.P. Morgan Mortgage Acquisition Corp.,    c/o BDFTE, LLP,    Addison, TX   75001
cr             +Karon G Barbee CPA, Receiver,    10200 U.S. 290 West,   Austin, TX 78736-7723
cr             +Lakes of Rosehill Homeowners' Association, Inc.,    Hoover Slovacek LLP,
                 c/o Curtis W. McCreight,   Galleria Tower II,   5051 Westheimer, Suite 1200,
                 Houston, TX 77056-5839
cr             +Mobile Mini, Inc.,    Cersonsky, Rosen & Garcia, P.C.,    1770 St. James Place,   Suite 150,
                 Houston, TX 77056-3422
cr             +Rushmore Loan Management Services LLC,    c/o BDFTE, LLP,    4004 Belt Line Rd Ste. 100,
                 Addison, TX 75001-4320
acc            +William G. West, P.C., CPA,    12837 Louetta Rd.,   Suite 201,    Cypress, TX 77429-5611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              JP Morgan Chase Bank, N.A.,
cr              United States of America
cr            ##+Alicia Farias,   The Law Office of Ernie Garcia,    7457 Harwin Drive,    Suite 345,
                 Houston, TX 77036-2072
                                                                                   TOTALS: 3, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2020 at the address(es) listed below:
              Aamir Shahnawaz Abdullah    on behalf of Creditor    Karon G Barbee CPA, Receiver aamir@texatty.com
              Abbey U. Dreher    on behalf of Creditor    Rushmore Loan Management Services LLC sdecf@BDFGROUP.com
              Abbey U. Dreher    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
               sdecf@BDFGROUP.com
              Alonzo Z Casas    on behalf of Creditor    JP Morgan Chase Bank, N.A., ecftxsb@aldridgepite.com,
               ACasas@ecf.inforuptcy.com
              Christopher R Murray    on behalf of Trustee Christopher R Murray CMurray@diamondmccarthy.com,
               crm@trustesolutions.net
              Christopher R Murray    chris@jmbllp.com,   crm@trustesolutions.net
              Curtis W McCreight    on behalf of Creditor    Lakes of Rosehill Homeowners' Association, Inc.
               mccreight@hooverslovacek.com,
               bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com;nkay@hooverslovacek.com
              Erin E Jones    on behalf of Plaintiff Christopher R Murray erin@jmbllp.com,    jessica@jmbllp.com
              Erin E Jones    on behalf of Trustee Christopher R Murray erin@jmbllp.com,    jessica@jmbllp.com
              Erin E Jones    on behalf of 3rd Pty Defendant Christopher R Murray erin@jmbllp.com,
               jessica@jmbllp.com
              Ernesto Garcia, III    on behalf of Creditor Alicia  Farias Ernie.Garcia@attorneyEG.com
```

```
District/off: 0541-4          User: emiller              Page 2 of 2             Date Rcvd: Jul 21, 2020
                              Form ID: pdf002            Total Noticed: 8


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Frank Bonner Lyon    on behalf of Defendant Karon  Barbee frank@franklyon.com,   chris@franklyon.com
              Frank Bonner Lyon    on behalf of 3rd Party Plaintiff Karon  Barbee frank@franklyon.com,
               chris@franklyon.com
              H. Gray Burks, IV    on behalf of Creditor Alicia  Farias gburks@logs.com,  nibates@logs.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jacquelyn Diane McAnelly    on behalf of Creditor  Mobile Mini, Inc. jmcanelly@law-crg.com,
               nmcconnell@law-crg.com
              John James Sparacino     on behalf of Trustee Christopher R Murray jsparacino@mckoolsmith.com,
               jcharles@mckoolsmith.com;ajohns@mckoolsmith.com
              Matthew  Hoffman    on behalf of Defendant   All Access Traffic Control Systems, LLC mhecf@aol.com
              Matthew  Hoffman    on behalf of Defendant Nicole  Robertson mhecf@aol.com
              Michael Glen Walker    on behalf of Debtor Anthony  Piggue mwalker@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Debtor Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Plaintiff Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Anthony  Piggue mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Miriam  Goott    on behalf of Defendant Karon  Barbee mgoott@walkerandpatterson.com,
               jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com
              Mitchell J. Buchman     on behalf of Creditor   Rushmore Loan Management Services LLC
               sdecf@bdfgroup.com
              R Christopher Naylor    on behalf of Creditor   Ford Motor Credit Company LLC kimg@dntlaw.com
              Rhonda Bear Mates    on behalf of Creditor   Comal Classic Custom Homes, Inc. mates@slollp.com,
               rangel@slollp.com
              Richard A. Kincheloe    on behalf of Creditor   United States of America
               Richard.Kincheloe@usdoj.gov,
               caseview.ecf@usdoj.gov;sonja.mccoy@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rho
               ma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
              Stephen Wayne Lemmon    on behalf of Creditor   Comal Classic Custom Homes, Inc. lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant   Comal Classic Custom Homes, Inc.
               lemmon@slollp.com,  mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Plaintiff   Comal Classic Custom Homes lemmon@slollp.com,
               mates@slollp.com
              Stephen Wayne Lemmon    on behalf of Defendant Troy  French lemmon@slollp.com,  mates@slollp.com
              Steven R Rech    on behalf of Trustee Christopher R Murray srech@vorys.com,  mdwalkuski@vorys.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                TOTAL: 34
```