United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34526 |
| **Anthony Piggue,** | § | |
| | § | Chapter 7 |
| **Debtor.** | § | |

## Order

The Court has considered the United States' motion to withdraw Richard A. Kincheloe as counsel, and the Court finds that it should be granted. It is therefore

**ORDERED THAT:**

1. Richard A. Kincheloe is fully withdrawn as counsel.

2. Future service on the United States in this case must be made pursuant to the Federal Rules of Bankruptcy Procedure.

**Signed: May 09, 2022**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**