United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 09, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 18-34526 |
| Anthony Piggue, | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## Order

The Court has considered the United States' motion to withdraw Richard A. Kincheloe as counsel, and the Court finds that it should be granted. It is therefore

**ORDERED THAT:**

1. Richard A. Kincheloe is fully withdrawn as counsel.

2. Future service on the United States in this case must be made pursuant to the Federal Rules of Bankruptcy Procedure.

Signed: May 09, 2022

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 18-34526-drj
Anthony Piggue  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4   User: ADIuser   Page 1 of 3
Date Rcvd: May 09, 2022   Form ID: pdf002   Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2022:**

| Recip ID | | | Recipient Name and Address |
|---|---|---|---|
| db | #+ | | Anthony Piggue, 17402 West Blooming Rose Ct, Cypress, TX 77429-6725 |
| cr | + | | Comal Classic Custom Homes, Inc., c/o Streusand Landon Ozburn & Lemmon, 811 Barton Springs Road, Suite 811, Austin, TX 78704-1166 |
| cr | | | J.P. Morgan Mortgage Acquisition Corp., c/o BDFTE, LLP, Addison, TX 75001 |
| cr | + | | Karon G Barbee CPA, Receiver, 10200 U.S. 290 West, Austin, TX 78736-7723 |
| cr | + | | Lakes of Rosehill Homeowners' Association, Inc., Hoover Slovacek LLP, c/o Curtis W. McCreight, Galleria Tower II, 5051 Westheimer, Suite 1200 Houston, TX 77056-5839 |
| cr | + | | Mobile Mini, Inc., Cersonsky, Rosen & Garcia, P.C., 1770 St. James Place, Suite 150, Houston, TX 77056-3422 |
| acc | + | | William G. West, P.C., CPA, 12837 Louetta Rd., Suite 201, Cypress, TX 77429-5611 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BNCnotices@bdfgroup.com | May 09 2022 20:11:00 | Rushmore Loan Management Services LLC, c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | JP Morgan Chase Bank, N.A., |
| cr | | United States of America |
| cr | ##+ | Alicia Farias, The Law Office of Ernie Garcia, 7457 Harwin Drive, Suite 345, Houston, TX 77036-2072 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 09, 2022 | Form ID: pdf002 | Total Noticed: 8 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aamir Shahnawaz Abdullah | on behalf of Creditor Karon G Barbee CPA  Receiver aamir@texatty.com |
| Abbey U. Dreher | on behalf of Creditor Rushmore Loan Management Services LLC sdecf@BDFGROUP.com |
| Abbey U. Dreher | on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. sdecf@BDFGROUP.com |
| Alonzo Z Casas | on behalf of Creditor JP Morgan Chase Bank  N.A., ecftxsb@aldridgepite.com, ACasas@ecf.inforuptcy.com |
| Christopher R Murray | on behalf of Trustee Christopher R Murray chris@jmbllp.com  crm@trustesolutions.net |
| Christopher R Murray | chris@jmbllp.com  crm@trustesolutions.net |
| Curtis W McCreight | on behalf of Creditor Lakes of Rosehill Homeowners' Association  Inc. mccreight@hooverslovacek.com, bankruptcy1@hooverslovacek.com;Mccreight.hsllp@gmail.com;doucet@hooverslovacek.com;kay@hooverslovacek.com |
| Erin Elizabeth Jones | on behalf of Trustee Christopher R Murray erin@jmbllp.com  8597346420@filings.docketbird.com |
| Erin Elizabeth Jones | on behalf of Plaintiff Christopher R Murray erin@jmbllp.com  8597346420@filings.docketbird.com |
| Erin Elizabeth Jones | on behalf of 3rd Pty Defendant Christopher R Murray erin@jmbllp.com  8597346420@filings.docketbird.com |
| Ernesto Garcia, III | on behalf of Creditor Alicia Farias Ernie.Garcia@attorneyEG.com |
| Frank Bonner Lyon | on behalf of Defendant Karon Barbee frank@franklyon.com  chris@franklyon.com |
| Frank Bonner Lyon | on behalf of 3rd Party Plaintiff Karon Barbee frank@franklyon.com  chris@franklyon.com |
| H. Gray Burks, IV | on behalf of Creditor Alicia Farias gburks@logs.com  nibates@logs.com,logsecf@logs.com |
| Hector Duran, Jr | on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov |
| Jacquelyn Diane McAnelly | on behalf of Creditor Mobile Mini  Inc. jmcanelly@law-cmpc.com, nmcconnell@law-crg.com |
| John James Sparacino | on behalf of Trustee Christopher R Murray jsparacino@mckoolsmith.com ajohns@mckoolsmith.com;john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com |
| Matthew Hoffman | on behalf of Defendant All Access Traffic Control Systems  LLC mhecf@aol.com |
| Matthew Hoffman | on behalf of Defendant Nicole Robertson mhecf@aol.com |
| Michael Glen Walker, Sr | on behalf of Debtor Anthony Piggue mwalker@walkerandpatterson.com jjp@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com |
| Miriam Goott | on behalf of Debtor Anthony Piggue mgoott@walkerandpatterson.com jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com |
| Miriam Goott | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: May 09, 2022 | Form ID: pdf002 | Total Noticed: 8 |

| | |
|---|---|
| | on behalf of Plaintiff Anthony Piggue mgoott@walkerandpatterson.com jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com |
| Miriam Goott | |
| | on behalf of Defendant Anthony Piggue mgoott@walkerandpatterson.com jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com |
| Miriam Goott | |
| | on behalf of Defendant Karon Barbee mgoott@walkerandpatterson.com jjp@walkerandpatterson.com;mwalker@walkerandpatterson.com;wandp.ecf@gmail.com |
| Mitchell J. Buchman | |
| | on behalf of Creditor Rushmore Loan Management Services LLC sdecf@bdfgroup.com |
| R Christopher Naylor | |
| | on behalf of Creditor Ford Motor Credit Company LLC kimg@dntlaw.com |
| Rhonda Bear Mates | |
| | on behalf of Creditor Comal Classic Custom Homes  Inc. mates@slollp.com, rangel@slollp.com |
| Richard A. Kincheloe | |
| | on behalf of Creditor United States of America Richard.Kincheloe@usdoj.gov caseview.ecf@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov |
| Stephen Wayne Lemmon | |
| | on behalf of Creditor Comal Classic Custom Homes  Inc. lemmon@slollp.com, mates@slollp.com |
| Stephen Wayne Lemmon | |
| | on behalf of Defendant Comal Classic Custom Homes  Inc. lemmon@slollp.com, mates@slollp.com |
| Stephen Wayne Lemmon | |
| | on behalf of Plaintiff Comal Classic Custom Homes lemmon@slollp.com  mates@slollp.com |
| Stephen Wayne Lemmon | |
| | on behalf of Defendant Troy French lemmon@slollp.com  mates@slollp.com |
| Steven R Rech | |
| | on behalf of Trustee Christopher R Murray srech@vorys.com  mdwalkuski@vorys.com;lmhagemeister@vorys.com |
| US Trustee | |
| | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 34